IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

JOHN EUREKA,

    Plaintiff,

v.                                     Civil Action No. 5:06CV59
                                               (STAMP)

ISG WEIRTON, INC.,
a corporation, and
SUN LIFE INSURANCE COMPANY
OF CANADA, a corporation,

    Defendants.

## ORDER GRANTING PLAINTIFF'S MOTION TO UNSEAL DOCUMENTS

On July 9, 2007, the plaintiff, John Eureka filed a motion to unseal documents in this matter. In support of the motion, the plaintiff states that unsealing the documents is necessary to prepare the record for an appeal to the United States Court of Appeals for the Fourth Circuit. The remaining defendant, ISG Weirton, Inc. has advised the Court that it has no objection to the plaintiff's motion. Accordingly, the plaintiff's motion to unseal documents is GRANTED.

IT IS SO ORDERED.

The Clerk is directed to transmit a copy of this order to counsel of record herein.

DATED:     July 13, 2007

                                           /s/ Frederick P. Stamp, Jr.
                                           FREDERICK P. STAMP, JR.
                                           UNITED STATES DISTRICT JUDGE